**Order entered February 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00260-CV

## GRAPEVINE DIAMOND, L.P., ET AL., Appellants

## V.

## CITY BANK, Appellee

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-01876-2010**

## ORDER

We **GRANT** the February 4, 2015 unopposed motion of appellant Youval Zive for an extension of time to file a reply brief. Appellant shall file a reply brief by **FEBRUARY 25, 2015**.

/s/    ELIZABETH LANG-MIERS
JUSTICE